UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

_____

**JILL CARUSO**, individually,

       Plaintiff,

v.                                             Case No.  1:11-cv-00495-JTN

**BPP MICHIGAN, LLC**, a Michigan      Hon. Ellen S. Carmody
limited liability corporation,

       Defendant.
_____/

| | |
|---|---|
| Owen B. Dunn , Jr. (P66315) | Michael Brady (P57331) |
| Law Office of Owen B. Dunn, Jr. | Amanda M. Fielder (P70180) |
| Attorney for Plaintiff | Warner Norcross & Judd LLP |
| The Spitzer Building, Suite 330 | Attorney for Defendant |
| 520 Madison Avenue | 111 Lyon, NW – 900 Fifth Third Center |
| Toledo, OH 43604 | Grand Rapids, MI  49503 |
| (419) 241-9661 | (616) 752-2000 |
| dunnlawoffice@sbcglobal.net | mbrady@wnj.com |
| | afielder@wnj.com |

_____/

**ORDER OF DISMISSAL**

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that this case shall be dismissed in its entirety, with prejudice and without an award of costs or attorneys' fees to either party.

Dated:  September 30, 2013                 /s/ Ellen S. Carmody_____
                                                          Hon. Ellen S. Carmody, U.S. Magistrate Judge
                                                          United States District Court
                                                          Western District of Michigan

GR#9477272-1